UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
MAY 18 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 05-0062T

CHRISTOPHER BORELLI

**MOTION TO WITHDRAW**

Now comes the undersigned, who was appointed by this Honorable Court on May 12, 2005 to represent the Defendant, Christopher Borelli, and moves for leave to withdraw as Defendant's attorney at this time, for the reason that Joseph Voccola, Esq. has informed the undersigned that he has been retained as private counsel to represent Defendant and has entered his appearance on Defendant's behalf.

Respectfully submitted,

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
6/14/05

Judith Crowell, Esq. #1993
127 Dorrance Street
Lower Level
Providence, RI 02903
(401) 272-6600

**CERTIFICATION**

I hereby certify that on May 17, 2005, I mailed a copy of this Motion to AUSA Stephen Dambruch, 50 Kennedy Plaza, Providence, RI 02903.