UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 05-062T |
| VS | : | |
| | : | |
| CHRISTOPHER BORELLI | : | |

MOTION FOR RULE 12 (d) DESIGNATION

COMES NOW, the Defendant, and requests that this Court enter an Order pursuant to Rule 12 (d) of the Federal Rules of Criminal Procedure directing the prosecution to designate which evidence it will use in its case in chief that is discoverable under Rule 16 of the Federal Rules of Criminal Procedure.

This request is made to permit the defense to raise such pretrial motions as are appropriate, prepare for trial and avoid unjust surprise.

WHEREFORE, the premises considered and such other matters as may become evident at a hearing hereon, Defendant requests this Court to grant this motion and such further relief as in the cause may be deemed just.

Respectfully Submitted
By his Attorney,

Joseph J. Voccola, Esq., # 4132
454 Broadway
Providence, RI 02909
401-751-3900
401-751-8983

Thomas F. Connors, Esq., #2108
454 Broadway
Providence, RI 02909
401-751-3900
401-751-8983 (Fax.)

CERTIFICATION

I hereby certify that a copy of the within Motion for 12 (d) Designation was mailed to the United States District Court for the District of Rhode Island, Office of the Clerk, 1 Exchange Terrace Providence, RI 02903 and to Stephen G. Dambruch, Assistant U.S. Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 on this 10th day of June, 2005.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 05-062T |
| VS. | : | |
| | : | |
| CHRISTOPHER BORELLI | : | |

## MEMORANDUM IN SUPPORT OF MOTION FOR RULE 12 (d) DESIGNATION

1. Rule 12 of the Federal Rules of Criminal Procedure contemplates the relief sought here.

2. The relief sought will avoid unnecessary delay and surprise.

3. This Court is requested to enter an Order giving the government a precise deadline by which time it must designate that evidence which it intends to use in its case in chief at the trial and which the Defendant is entitled to discover under Rule 16, subject, of course, to any relevant limitations proscribed by Rule 16.

4. The government selects the charges, does the investigation to gather the evidence it decides it wants and has a significant amount of time to prepare before any charges are brought. The investigative resources of the government of the United States are significantly grater than that of any individual citizen. United States v. Bryant, 439 F. 2d 642 (C.A.D.C. 1971). The government must be compelled to comply with the rules in a timely fashion so that the defense can be adequately prepared. Dennis v. United States, 384 U.S. 855 (1966). We need the designation of evidence

which Rule 12 (d) of the Federal Rules of Criminal Procedure contemplates and we need it earlier than the last minute if we are to have a full and fair hearing.

Respectfully Submitted
By his Attorney,

Joseph J. Voccola, Esq. #4132
454 Broadway
Providence, RI 02909
401-751-3900
401-751-8983

Thomas F. Connors, Esq., #2108
454 Broadway
Providence, RI 02909
401-751-3900
401-751-8983

CERTIFICATION

I hereby certify that a true copy of the foregoing Memorandum in Support of Motion for Rule 12 (d) Designation was mailed to the United States District Court for the District of Rhode Island, 1 Exchange Terrace, Providence, RI 02903 and to Stephen G. Dambruch, Assistant U.S. Attorney, 50 Kennedy Plaza 8th Floor, Providence, RI 02903 on this 10th day of June, 2005.