**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

United States of America,
Plaintiff

vs. C.R. No. 05-62T

Christopher Borelli,
Defendant

**ORDER**

Defendant's retained counsel is hereby Ordered to reimburse the Court in the amount $423.00 for CJA payments made to the Defendant's previous counsel, Judith Crowell.

By Order:

Deputy Clerk

ENTER:

Ernest C Torres
Chief Judge Ernest C. Torres
date: 6/24/05