**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Cr. No. 05-062T** |
| | ) | |
| **CHRISTOPHER BORELLI** | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR RULE 12(d) DESIGNATION**

Now comes the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Stephen G. Dambruch, Assistant United States Attorney, and hereby responds to defendant's Motion for Rule 12(d) Designation as follows:

1. Rule 12(d) of the Federal Rules of Criminal Procedure does not seem to address or give any support to the defendant's request; and,

2. Assuming that the defendant actually intended to make his request pursuant to Rule 12(b)(4)(B), the government hereby notifies the defendant that it intends to use the following evidence discoverable pursuant to Rule 16 of the Federal Rules of Criminal Procedure during its case-in-chief at trial:

a. Consent to search form dated October 8, 2004;

b. *Miranda* rights form dated October 8, 2004;

c. Defendant's statement dated October 8, 2004 (both the audio tape and the transcript);

d. Bag of cocaine seized from defendant's residence on October 8, 2004

e. Bag of cocaine base in the form of crack cocaine seized from defendant's residence on October 8, 2004;

f. Forensic Drug Chemistry report dated November 12, 2004;

g. Ledger seized from defendant's residence on October 8, 2004;

h. Scale seized from defendant's residence on October 8, 2004;

i. Plastic bags seized from defendant's residence on October 8, 2004;

j. Nike shoe box seized from defendant's residence on October 8, 2004;

k. Playing cards seized from defendant's residence on October 8, 2004;

l. *Miranda* rights form dated May 11, 2005; and,

m. Defendant's statement dated May 11, 2005 (both the audio tape and the transcript).

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

STEPHEN G. DAMBRUCH
Assistant U. S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of June, 2005, I mailed a copy of the within Government's Response to Joseph J, Voccola, Esquire and Thomas F. Connors, Esquire, 454 Broadway, Providence, RI 02909.