IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | C.R. NO.: 05-062T |
| | : | |
| CHRISTOPHER BORELLI | : | |

**DEFENDANT'S OBJECTION TO GOVERNMENT'S OBJECTION TO DEFENDANT'S MOTION TO SUPPRESS ORAL AND TANGIBLE EVIDENCE**

Now comes the Defendant, by and through his attorneys and respectfully objects to the Government's Objection to Defendant's Motion to Suppress Oral and Tangible Evidence. The time deadline for filing such an objection was June 24, 2005. The Government did not file their objection until July 11, 2005 nor did the Government ask for a time extension to file said objection.

Respectfully Submitted,

Joseph J. Voccola, Esq., # 4132
454 Broadway
Providence, RI 02909
Phone: (401) 751-3900
Fax: (401) 751-8983

Thomas F. Connors, Esq., # 2108
454 Broadway
Providence, RI 02909
Phone: (401) 751-3900
Fax: (401) 751-8983

CERTIFICATION

I hereby certify that a true copy of the within Motion was mailed to United States District Court, District of Rhode Island, Office of the Clerk, 1 Exchange Terrace Providence, RI 02903 and to Stephen Dambruch, Assistant U.S. Attorney, 50 Fleet Center, 3rd Floor, Providence, RI 02903 on this 19th day of July, 2005.

[signature]