RECEIVED

JUL 21 2005

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
VS. : C.R. NO.: 05-062T
:
CHRISTOPHER BORELLI :

ORDER

Defendant Christopher Borelli, by and through his counsel, hereby agrees to pass and waive any consideration by the Court of his Motion for Exculpatory Evidence, Motion for Grand Jury Information and Motion for Rule 12(d) designation.

Defendant,
By His Attorneys

Joseph J. Voccola, Esq., # 4132
454 Broadway
Providence, RI 02909
Phone: (401) 751-3900
Fax: (401) 751-8983

Thomas F. Connors, Esq., # 2108
454 Broadway
Providence, RI 02909
Phone: (401) 751-3900
Fax: (401) 751-8983

ENTER:

JUSTICE USMJ
7/22/05

PERORDER:

CLERK