**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** CR05-62T **DATE**: August 16, 2005
**TITLE OF CASE:** USA v. Christopher Borelli

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Lucia Cristina Leyva**
**COURT REPORTER:** **Joseph Fontes**
**COURT INTERPRETER:** **n/a**

---

_
**COUNSEL PRESENT**

Government: Stephen Dambruch, AUSA

Defendant: Joseph J. Voccola, Esq.
Thomas F. Connors, Esq.

---

_

**PROCEEDINGS:** **Hearing on Motion to Suppress Oral Statements and Tangible Evidence**

August 16, 2005: All counsel of record present. Defendant is present. Court Address. One witness sworn and examined. Three exhibits entered full. Hearing continued until Tuesday, August 30, 2005 at 10:30 a.m.