**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

| | | |
|---|---|---|
| **CASE NUMBER:** | **CR05-62T** | **DATE**: August 31, 2005 |
| **TITLE OF CASE:** | USA v. Christopher Borelli | |
| **CHIEF JUDGE:** | **ERNEST C. TORRES** | |
| **COURTROOM CLERK:** | **Lucia Cristina Leyva** | |
| **COURT REPORTER:** | **Joseph Fontes** | |
| **COURT INTERPRETER:** | **N/A** | |
| **PROBATION:** | **N/A** | |

**COUNSEL PRESENT**

Government: Stephen G. Dambruch, AUSA

Defendant: Thomas F. Connors, Esq.
Joseph J. Voccola, Esq.

**PROCEEDINGS:** **Continued Hearing on Motion to Suppress**

All counsel of record present. Defendant Present. W-7 again takes the stand. Counsel finishes questioning witness. Defense rests. Counsel makes closing arguments. Court questions Government. Government responds. Court takes matter under advisement.