AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

EXHIBIT AND WITNESS LIST

V.

CASE NUMBER: 05-62 T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ernest C. Torres | Stephen Dambruch | Thomas F. Connors<br>Joseph J. Toccola |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 8/16/05, 8/30/05, 8/31/05 | Joseph Forbes | [signature] |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | W-1 Scott Sheagney, ATF |
| 1 | | 8/16/05 | ✓ | full | Consent to Search form. |
| 2 | | 8/16/05 | ✓ | full | Waiver of Rights form 10/8/04. |
| 3 | | 8/16/05 | | full | Unsigned copy of D's 10/8/04 statement. |
| 4 | | 8/16/05 | ✓ | full | Signed copy of D's 10/8/04 statement. |
| | | 8/30/05 | | | W-2 Detective Daniel Turgeon Woonsocket P.D. |
| | | 8/30/05 | | | W-3 Donna Borelli |
| | A | 8/30/05 | ✓ | full | Photo of Borelli's front door. |
| | B | 8/30/05 | ✓ | full | Photo of Borelli's hallway. |
| | C | 8/30/05 | ✓ | full | Photo of Borelli's living room. |
| | D | 8/30/05 | ✓ | full | Photo of Borelli's kitchen/son's bedroom. |
| | | 8/30/05 | | | W-4 James Borelli |
| | | 8/30/05 | | | W-5 Stephanie Daigle |
| | | 8/30/05 | | | W-6 Bethanylynn Mann |
| | | 8/30/05 - 8/31/05 | | | W-7 Christopher Borelli |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.