**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** **CR05-62T** **DATE**: September 13, 2005
**TITLE OF CASE:** USA v. Christopher Borelli

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Lucia Cristina Leyva**
**COURT REPORTER:** **Joseph Fontes**
**COURT INTERPRETER:** **N/A**
**PROBATION:** **N/A**

---

**COUNSEL PRESENT**

Government: Stephen G. Dambruch, AUSA

Defendant: Joseph J. Voccola, Esq.

---

**PROCEEDINGS:** **Bench Decision on Motion to Suppress Oral Statements and Tangible Evidence**

All counsel of record present. Defendant present. Court addresses. Court outlines facts of case as determined by testimony heard and evidence entered. Court identifies two issues in making its decision and explains its determination as to both. Motion to suppress evidence is denied as to items seized in defendant’s bedroom and the basement of the residence. Motion to suppress evidence is granted as to items seized elsewhere. Motion to suppress statements is denied.