UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

United States of America,
Plaintiff

vs.                                             C.R. No. 05-62T

Christopher J. Borelli,
Defendant

### ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO SUPPRESS ORAL STATEMENTS AND TANGIBLE EVIDENCE

For reasons stated in open court, Defendant's Motion to Suppress Oral Statements and Tangible Evidence is granted in part and denied in part. Motion to Suppress Oral Statements is denied. Motion to Suppress Tangible Evidence is denied as to items seized in the Defendant's bedroom and the basement of the residence. Motion is granted as to items seized elsewhere.

By Order:

_____
Deputy Clerk

ENTER:

_____
Chief Judge Ernest C. Torres
date: 9/19/05