**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

United States of America,
Plaintiff

vs. C.R. No. 05-62T

Christopher J. Borelli,
Defendant

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO SUPPRESS ORAL STATEMENTS AND TANGIBLE EVIDENCE**

For reasons stated in open court, Defendant's Motion to Suppress Oral Statements and Tangible Evidence is granted in part and denied in part. Motion to Suppress Oral Statements is denied. Motion to Suppress Tangible Evidence is denied as to items seized in the Defendant's bedroom and the basement of the residence. Motion is granted as to items seized elsewhere.

By Order:

Deputy Clerk

ENTER:

Ernest C Torres

Chief Judge Ernest C. Torres
date: 9/19/05