**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Cr. No. 05-062T** |
| | ) | |
| **CHRISTOPHER BORELLI** | ) | |

**GOVERNMENT'S MOTION TO CONTINUE SENTENCING**

The United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Stephanie S. Browne, Assistant United States Attorney, hereby moves the Court to extend the sentencing scheduled for January 27, 2006. As grounds for this request, the government states that Assistant Stephanie Browne is out of the office under Doctor's care until January 30, 2006. Opposing counsel was consulted and has no objection.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

Stephanie S. Browne
STEPHANIE S. BROWNE
Assistant U. S. Attorney GBS

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of January, 2006, I mailed a copy of the within Government's Motion to Extend Time For Sentencing to Joseph J. Voccola, Esquire and Thomas F. Connors, Esquire, 454 Broadway, Providence, RI 02909.

Paula Harsey